# EXHIBIT D

NUISANCE ABATEMENT BOARD
CITY OF MIAMI, DADE COUNTY, FLORIDA

CITY OF MIAMI
                Petitioner,

v.

CASE NO.: 16-004

1139 Northwest 2nd Avenue
Miami, Florida 33136

LOCATION PREMISES:
1139 Northwest 2nd Avenue
Miami, Florida 33136

c/o Corine Bradley
15741 Northwest 29th Avenue
Miami, Florida 33054

                Respondent.
_____/

## AMENDED ORDER DECLARING PUBLIC NUISANCE WITHOUT A CLOSURE[1]

The Nuisance Abatement Board of the City of Miami, Florida having received the evidence presented at a hearing conducted on September 28, 2016, concerning 1139 Northwest 2nd Avenue, Miami, Florida 33136, as well as hearing testimony of Sgt. Jackson, Ofc. Delgado and Ofc. Perez; and Corine Bradley and Harry Bradley, on behalf of the Respondent, the Board enters the following:

### FINDINGS OF FACT

1. The property located at 1139 Northwest 2nd Avenue, Miami, Florida 33136 (hereinafter "Property") is currently operated by Corine Bradley, who was duly noticed, and was present at the hearing and pled not guilty for the Property.

2. At the hearing on September 28, 2016, the City was in attendance by and through Sgt. Jackson of the City of Miami Police Department.

3. The Property is a market known as "Bradleys," which operates seven (7) days a week from 4:00 p.m. to 3:00 a.m.

4. On at least three (3) occasions, City of Miami Police officers made nine (9) arrests on the Property of persons involved with narcotics related activities.

---

[1] A continuance of the October 26, 2016 was requested by both parties and granted. The hearing was rescheduled for December 14, 2016.



*Order Declaring Public Nuisance*
*Case No.: 16-004*
*Page 2*

## CONCLUSIONS OF LAW

1. Based upon the evidence presented and the testimony taken at the hearing, the Property located at 1139 Northwest 2nd Avenue, Miami, Florida 33136 constitutes a drug related nuisance at said location, in violation of Florida Statutes Chapter 893 and City of Miami Ordinance 46-1(2) and (3).

2. The Board will exercise jurisdiction over this property for a period of one (1) year, but only take further action in the event of a recurrence of the nuisance related activity. In the event that there are no further nuisance related activities, no sanctions will be assessed against the Property.

## ORDER DECLARING PUBLIC NUISANCE

THIS CAUSE having come before the upon Nuisance Abatement Board of the City of Miami upon Notice of Hearing/Notice to Appear For Violation of Miami City Code, having provided evidence, it is

**ORDERED and ADJUDGED** that Respondent take the following stipulated actions:

1. Respondent is required to continue to take all necessary steps to abate the public nuisance activity occurring on the Property.

2. Respondent shall meet with Commander Carr or another representative of the City of Miami Police to continue the development and implementation of a property management plan to abate the nuisance activity on the Property, as follows: a monthly basis.

3. Respondent shall upon receipt of this Order immediately take the necessary steps to properly insure the property is not in violation of any local, municipal, and county regulations. In addition, the City Attorney shall request code enforcement to inspect the Property to insure that the Property is not in violation of any local, municipal, and county regulations and they shall have complete and unlimited access to the Property during their inspections.

4. Respondent shall routinely remove the debris in maintenance of the sidewalk on the South side (Northwest 2nd Avenue) of the Property.

*Order Declaring Public Nuisance*
*Case No.: 16-004*
*Page 3*

5. Respondent within thirty (30) days of the hearing shall remove the plywood and/or the bamboo on the metal fence along the rear patio on the Property.

6. Respondent shall take immediate steps to provide the necessary and adequate lighting to insure that the Property remains lit. Specifically, Respondent shall install lighting on the South side (Northwest 2nd Avenue) and rear of the Property. In addition, Respondent shall contact the utility company to accommodate and arrange for: the current street lighting to remain operable; that any necessary additional lighting be implemented; and seek that the lighting be resistant to being vandalized with bullet fire and/or any other glass shattering device.

7. Respondent shall install security cameras which allows for uninterrupted remote live-feed access of the South side (Northwest 2nd Avenue) of the Property. Respondent shall grant uninterrupted remote live-feed access in an effort for the City of Miami to monitor the Property. Respondent shall coordinate with the City of Miami's Police IT Department to facilitate the remote live-feed access. The security camera shall not be down and/or inoperable for more than a twenty-four (24) hour period. The security camera shall have full view with the possibility to provide detailed imaging of persons and/or vehicles. In addition, Respondent acknowledges and understands that the remote live-feed is not a method of private security for the Property through the City of Miami Police Department. The security cameras will have the ability to record the live-feeds and maintain a copy of the recordings for a minimum of one (1) week.

8. Respondent shall executed an updated "No Trespassing" Affidavit to empower the City of Miami Police or any/other law enforcement remove person or persons from the Property after warning. In addition, Respondent shall post signage that the Property is being monitored by the City of Miami Police Department. Furthermore, Respondent shall maintain and continuously post that the Property is "Drug Free."

**IT IS FURTHER ORDERED and ADJUDGED:**

9. Respondent shall provide status on **Wednesday, December 14, 2016 at 6:30 p.m.** before the Board. Attendance is mandatory and failure to appear may cause the imposition of further sanctions.

*Order Declaring Public Nuisance*
*Case No.: 16-004*
*Page 4*

10. In the event that there are any further nuisance related activities on the Property, the Board reserves the right to call Respondent before the Board to take further action.

11. Failure to abide by this Order and abate the nuisance activity may result in other sanctions by the Board including, but not limited to fines, assessment of costs, closure of the premises, or injunctive or contempt proceedings to achieve enforcement in the Circuit Court.

12. This Order shall remain in effect for one (1) year from the date of this Order, and the Nuisance Abatement Board hereby retains jurisdiction to modify this Order prior to its expiration, as it deems appropriate.

DONE SO and ORDERED in Miami, Florida this ___ day of October, 2016.

CHARLES McEWAN, CHAIRMAN
Nuisance Abatement Board

*Copies to:*
George Wysong, III, Esq., Assistant City Attorney, City of Miami
Rachel Dooley, Esq., Assistant City Attorney, City of Miami
Patricia M. Arias, Esq., Counsel to Nuisance Abatement Board, City of Miami
Daniel J. Alfonso, City Manager, City of Miami
Manuel Orosa, Chief of Police, Miami Police Department
Von-Carol Kinschens-Haynes, NET Administrator
Commander Carr, Miami Police Department

Respondent:  c/o Corine Bradley
15741 Northwest 29th Avenue
Miami Gardens, Florida 33054

-and-

Cbradley07@bellsouth.net

Posting:  1117 NW 3rd Avenue
Miami, Florida 33136

