# EXHIBIT E

NUISANCE ABATEMENT BOARD
CITY OF MIAMI, DADE COUNTY, FLORIDA

CITY OF MIAMI

                              Petitioner,                    CASE NO.: 16-004

v.

1139 Northwest 2nd Avenue
Miami, Florida 33136                              LOCATION PREMISES:
                                                  1139 Northwest 2nd Avenue
c/o Corine Bradley                                Miami, Florida 33136
15741 Northwest 29th Avenue
Miami, Florida 33054

                              Respondent.
_____/

### MEMORANDUM AND ORDER ON STATUS HEARING

The Nuisance Abatement Board of the City of Miami, Florida having received the evidence presented

at a hearing conducted on January 25, 2017, concerning 1139 Northwest 2nd Avenue, Miami, Florida 33136,

as well as hearing testimony of Cmdr. Davis, Sgt. Lewis, and Corine Bradley and Phillip Tavenier, on behalf

of the Respondent the Board enters the following:

### FINDINGS OF FACT

That Respondent: has not taken all the necessary steps to abate the public nuisance activity; has met

with a representative of the City of Miami Police for the attempted development and implementation of a

plan to abate the public nuisance; and there have been four (4) more arrests/incidents on the Property.

### CONTINUED ORDER DECLARING PUBLIC NUISANCE

THIS CAUSE having come before the upon Nuisance Abatement Board of the City of Miami upon

a Status Hearing, having provided evidence and City of Miami and Respondent having come to an agreement,

it is

**ORDERED and ADJUDGED** that Respondent take the following stipulated actions:

1.     Respondent is required to continue to take all necessary steps to abate the public nuisance

activity occurring on the Property.

2.     Respondent shall meet with Commander Davis or another representative of the City of

Miami Police to continue the development and implementation of a property management plan to abate the

nuisance activity on the Property, as follows: weekly basis.



3.      Respondent shall upon receipt of this Order immediately take the necessary steps to properly insure the property is not in violation of any local, municipal, and county regulations. In addition, Respondent shall within twenty-four (24) hours of the hearing arrange to meet with code enforcement and a representative of the City of Miami Police to re-inspect the Property to insure that the Property is not in violation of any local, municipal, and county regulations and they shall have complete and unlimited access to the Property during their inspections.

4.      Respondent shall routinely remove the debris in maintenance of the sidewalk on the South side (Northwest 2nd Avenue) of the Property.

5.      Respondent shall within twenty-four (24) hours of the hearing remove the plywood and/or the bamboo on the metal fence along the rear patio on the Property.

6.      Respondent shall within one (1) week of the hearing take immediate steps to provide the necessary and adequate lighting to insure that the Property remains lit. Specifically, Respondent shall install lighting on the South side (Northwest 2nd Avenue) and rear of the Property. Lighting should not be obstructed by any brush and/or trees nor any debris. In addition, Respondent shall within the same one (1) week period contact the utility company to accommodate and arrange for: the current street lighting to remain operable; that any necessary additional lighting be implemented; and seek that the lighting be resistant to being vandalized with bullet fire and/or any other glass shattering device. Respondent shall also provide the name of the person contacted at FPL to Commander Davis or another representative of the City of Miami Police.

7.      Respondent shall within fifteen (15) days of the hearing install security cameras which allows for uninterrupted remote live-feed access of the South side (Northwest 2nd Avenue) and rear of the Property. Respondent shall grant uninterrupted remote live-feed access in an effort for the City of Miami to monitor the Property. Respondent shall coordinate with the City of Miami's Police IT Department to facilitate the remote live-feed access. The security camera shall not be down and/or inoperable for more than a twenty-four (24) hour period. The security camera shall have full view with the possibility to provide detailed imaging of persons and/or vehicles. In addition, Respondent acknowledges and understands that

the remote live-feed is not a method of private security for the Property through the City of Miami Police Department.  The security cameras will have the ability to record the live-feeds and maintain a copy of the recordings for a minimum of one (1)week.

     8.     Respondent shall specifically avoid having any customer and/or patron of the market known as "Bradleys" to loiter and/or prowl.

     9.     Respondent shall maintain and continuously post that the Property is "Drug Free."

**IT IS FURTHER ORDERED and ADJUDGED:**

     10.     Respondent shall make payment to the City of Miami in the amount of $250.00 for each initial finding pursuant to Sec. 46-5(b)(4) of the Code of the City of Miami, Florida for Respondent's failure to:  remove the plywood and/or bamboo on the metal fence;  install the necessary and adequate lighting; and to install the security cameras as outlined in the previous Orders for a total payment of **$750.00**  In addition, any subsequent finding by this Board that Respondent has not attempted to abate a public nuisance as stipulated in its previous Orders shall carry a fine amount of $500.00 per finding.  These costs shall be due and payable ten (10) days after entry of this Order pursuant to Sec. 46-9 of the Code of the City of Miami, Florida.  These costs are in addition to any other costs due and payable by any previous Order of this Board.

     11.     Respondent shall provide status on **Wednesday, February 22, 2017 at 5:00 p.m.** before the Board.  Attendance is mandatory and failure to appear may cause the imposition of further sanctions.

     12.     In the event that there are any further nuisance related activities on the Property, the Board reserves the right to call Respondent before the Board to take further action.

     13.     Failure to abide by this Order and abate the nuisance activity may result in other sanctions by the Board including, but not limited to fines, assessment of costs, closure of the premises, or injunctive or contempt proceedings to achieve enforcement in the Circuit Court.

     14.     This Order shall remain in effect for one (1) year from the date of this Order, and the Nuisance Abatement Board hereby retains jurisdiction to modify this Order prior to its expiration, as it deems appropriate.



DONE SO and ORDERED in Miami, Florida this ⟶2 day of February, 2017.

CHARLES McEWAN, CHAIRMAN
Nuisance Abatement Board

*Copies to:*
George Wysong, III, Esq., Assistant City Attorney, City of Miami
Rachel Dooley, Esq., Assistant City Attorney, City of Miami
Patricia M. Arias, Esq., Counsel to Nuisance Abatement Board, City of Miami
Daniel J. Alfonso, City Manager, City of Miami
Rodolfo Llanes, Chief of Police, Miami Police Department
Von-Carol Kinschens-Haynes, NET Administrator
Commander Nicole Davis, Miami Police Department

Respondent:          c/o Corine Bradley
                     15741 Northwest 29th Avenue
                     Miami Gardens, Florida 33054

                     -and-

                     Cbradley07@bellsouth.net

Posting: 1117 NW 3rd  Avenue
         Miami, Florida 33136