# EXHIBIT G

NUISANCE ABATEMENT BOARD
CITY OF MIAMI, DADE COUNTY, FLORIDA

CITY OF MIAMI

                Petitioner,                      CASE NO.: 16-004

v.

1139 Northwest 2nd Avenue
Miami, Florida 33136                              LOCATION PREMISES:
                                                                 1139 Northwest 2nd Avenue
c/o Corine Bradley                                          Miami, Florida 33136
15741 Northwest 29th Avenue
Miami, Florida 33054

                Respondent.
_____/

## MEMORANDUM AND ORDER ON STATUS HEARING

The Nuisance Abatement Board of the City of Miami, Florida having received the evidence presented at a hearing conducted on February 22, 2017, concerning 1139 Northwest 2nd Avenue, Miami, Florida 33136, as well as hearing testimony of Cmdr. Davis, and Corine Bradley and Hilton Napoleon, II, Esq., on behalf of the Respondent the Board enters the following:

## FINDINGS OF FACT

That Respondent: has not taken all the necessary steps to abate the public nuisance activity; has continued to meet with a representative of the City of Miami Police for the attempted development and implementation of a plan to abate the public nuisance; and there have been two (2) more arrests/incidents on the Property.

## CONTINUED ORDER DECLARING PUBLIC NUISANCE

THIS CAUSE having come before the upon Nuisance Abatement Board of the City of Miami upon a Status Hearing, having provided evidence and City of Miami and Respondent having come to an agreement, it is

**ORDERED and ADJUDGED** that Respondent take the following stipulated actions:

1.     Respondent is required to continue to take all necessary steps to abate the public nuisance activity occurring on the Property.



*Status Order*
*Case No.: 16-004*
*Page 2*

2.Respondent shall meet with Commander Davis or another representative of the City of Miami Police to continue the development and implementation of a property management plan to abate the nuisance activity on the Property, as follows: weekly basis.

3.Respondent shall continue to take the necessary steps to properly insure the property is not in violation of any local, municipal, and county regulations.

4.Respondent shall routinely remove the debris in maintenance of the sidewalk on the South side (Northwest 2nd Avenue) of the Property.

5.Respondent shall within one (1) week of the hearing take immediate steps to provide the necessary and adequate lighting to insure that the Property remains lit, to wit: properly position the lighting to spotlight front of "Bradleys" on the South side (Northwest 2nd Avenue) and spotlight the rear of the Property. Lighting should not be obstructed by any brush and/or trees nor any debris. In addition, Respondent shall continue to contact the utility company to accommodate and arrange for: the current street lighting to remain operable; that any necessary additional lighting be implemented; and seek that the lighting be resistant to being vandalized with bullet fire and/or any other glass shattering device. Respondent shall also provide the name of the person contacted at FPL to Commander Davis or another representative of the City of Miami Police.

6.Respondent shall maintain the installed security cameras on the South side (Northwest 2nd Avenue) and rear of the Property. In addition, Respondent shall within fifteen (15) days of the hearing allow for uninterrupted remote live-feed access to the City of Miami Police Department in an effort for the City of Miami Police to monitor to the Property. Respondent shall coordinate with the City of Miami's Police IT Department to facilitate the remote live-feed access. The security cameras shall not be down and/or inoperable for more than a twenty-four (24) hour period. The security cameras shall have full view with the possibility to provide detailed imaging of persons and/or vehicles on the South side (Northwest 2nd Avenue)



*Status Order*
*Case No.: 16-004*
*Page 3*

and rear of the Property. In addition, Respondent acknowledges and understands that the remote live-feed is not a method of private security for the Property through the City of Miami Police Department. The security cameras will have the ability to record the live-feeds and maintain a copy of the recordings for a minimum of one (1)week.

7.   Respondent shall specifically avoid having any customer and/or patron of the market known as "Bradleys" to loiter and/or prowl.

8.   Respondent shall maintain and continuously post that the Property is "Drug Free."

**IT IS FURTHER ORDERED and ADJUDGED:**

9.   Respondent may be fined $500.00 pursuant to Sec. 46-5(b)(4) of the Code of the City of Miami, Florida for Respondent's failure to provide the uninterrupted remote live-feed access to the City of Miami Police Department from the installed the security cameras as outlined in the previous Orders. In addition, any subsequent finding by this Board that Respondent has not attempted to abate a public nuisance as stipulated in its previous Orders shall carry a fine amount of $500.00 per finding. These costs may be due and payable pursuant to Sec. 46-9 of the Code of the City of Miami, Florida, and would be in addition to any other costs due and payable by any previous Order of this Board.

10.   Respondent shall provide status on **Wednesday, March 22, 2017 at 5:00 p.m.** before the Board. Attendance is mandatory and failure to appear may cause the imposition of further sanctions.

11.   In the event that there are any further nuisance related activities on the Property, the Board reserves the right to call Respondent before the Board to take further action.

12.   Failure to abide by this Order and abate the nuisance activity may result in other sanctions by the Board including, but not limited to fines, assessment of costs, closure of the premises, or injunctive or contempt proceedings to achieve enforcement in the Circuit Court.

*Status Order*
*Case No.: 16-004*
*Page 4*

13. That all the findings, conclusions and adjudications previously ordered by this Board are not superceded by this Memorandum/Order but shall serve a supplement to those findings, conclusions and adjudications.

14. This Order shall remain in effect for one (1) year from the date of this Order, and the Nuisance Abatement Board hereby retains jurisdiction to modify this Order prior to its expiration, as it deems appropriate.

DONE SO and ORDERED in Miami, Florida this 2nd day of March, 2017.

CHARLES McEWAN, CHAIRMAN
Nuisance Abatement Board

*Copies to:*
George Wysong, III, Esq., Assistant City Attorney, City of Miami
Rachel Dooley, Esq., Assistant City Attorney, City of Miami
Patricia M. Arias, Esq., Counsel to Nuisance Abatement Board, City of Miami
Daniel J. Alfonso, City Manager, City of Miami
Rodolfo Llanes, Chief of Police, Miami Police Department
Von-Carol Kinschens-Haynes, NET Administrator
Commander Nicole Davis, Miami Police Department

Respondent:   c/o Corine Bradley
Cbradley07@bellsouth.net
15741 Northwest 29th Avenue
Miami Gardens, Florida 33054

-and-

Hilton Napoleon, II,
hnapoleon@rascoklock.com
2555 Ponce de Leon Blvd., Ste. 600
Coral Gables, Florida 33134

Posting:   1117 NW 3rd Avenue
Miami, Florida 33136

